IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | 13 CR 952-1 |
| v. | ) | |
| | ) | Judge Kocoras |
| Eric Rogers , | ) | |

## ROGERS' MOTION TO WITHDRAW *MOTION TO SUPPRESS STATEMENTS*

Eric Rogers, by his attorney, Michael James Falconer, moves to withdraw his previously filed Motion to Withdraw Suppress Statements.

1. Counsel for Rogers upon review of the facts and the law, consultation with a retained expert has made a tactical determination that it is not in the clinets best interest to bring the motion at this time.

2. Counsel met with Mr. Rogers to discuss this decision and he sent Mr. Rogers a detailed letter reviewing the decision. Mr. Rogers did not agree.

Respectfully submitted,

/s/ Michael James Falconer
an attorney for Eric Rogers