IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Nos. 13 CR 952-1 |
| | ) | |
| ERIC ROGERS | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ERIC ROGER'S RENEWED
MOTION TO SUPRESS STATEMENTS**

The Defendant, ERIC ROGERS, by and through his attorney, Michael E. Rediger, renews his previously filed motion to suppress statements. Such statements being the product of coercion and not voluntary, in support the Defendant states as follows:

1. The Defendant adopts and incorporates all facts and arguments made in his May 22, 2015 Motion to Suppress Statements as if set out herein and as such, is attached as Exhibit A.

WHEREFORE, the Defendant respectfully requests that this Court suppress as evidence any out-of-court statements made by Defendant Eric Rogers due to the fact they were the product of coercion and not voluntary.

Respectfully submitted,

s:/ Michael E. Rediger
_____
Michael E. Rediger

Michael E. Rediger # 6225900
The Law Office of Michael Rediger, P.C.
55 West Wacker Dr. 9th flr
Chicago, Illinois 60601
Telephone: (312) 644-0939
mrediger@redatlaw.com